**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5181-16T1

RACHEL TRENT,

     Plaintiff-Appellant,

v.

NEW JERSEY DIVISION
OF STATE POLICE,

     Defendant-Respondent.

_____

Argued November 29, 2018 – Decided June 24, 2019

Before Judges O'Connor, Whipple and DeAlmeida.

On appeal from the Superior Court of New Jersey, Law Division, Warren County, Docket No. L-0172-15.

Samuel J. Halpern argued the cause for appellant.

Tasha M. Bradt, Deputy Attorney General, argued the cause for respondent (Gurbir S. Grewal, Attorney General, attorney; Melissa Dutton Schaffer, Assistant Attorney General, of counsel; Tasha M. Bradt, on the brief).

PER CURIAM

In this action brought under New Jersey's Law Against Discrimination, N.J.S.A. 10:5-1 to -49, plaintiff Rachel Trent appeals from the June 13, 2017 order granting defendant New Jersey Division of State Police summary judgment dismissal. We have considered plaintiff's arguments and conclude that they are without sufficient merit to warrant discussion in a written opinion. See Rule 2:11-3(e)(1)(E). We affirm for substantially the reasons set forth in the trial judge's written opinion.

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5181-16T1